UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRIAN KOTILIS,**

    **Plaintiff,**

v.                              Case No.: 8:25-cv-00233-MSS-CPT

**DYNAMIC TRANSPORT SERVICE, INC.,**

    **Defendant.**

_____/

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff, Brian Kotilis, recover from the Defendant, Dynamic Transport Service, Inc., the amount of $66,344.00 for his claims against Defendant under the Fair Labor Standards Act (Counts I) and the Florida Workers' Compensation Act (Count II) in accordance with this Court's Order Granting Motion for Default Judgment (Dkt. 15) for which sum let execution issue forthwith.

    **DONE** and **ORDERED** in Tampa, Florida, this 5th day of November 2025.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person